■ M. & J. FINANCE CORP. v. "JOHN DOE", Doing Business as SQUARE DEAL SERVICE STATION, et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ RHETT RAVENAL v. A. LOUISA DAVIS, Also Known as ADDELL L. CUSHION. — Motion for a stay granted on the terms and conditions contained in the order to show cause, dated August 10, 1962, and on the further condition that the appeal is perfected for argument or submission on September 25, 1962. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ FAR HILLS THEATRE, INC. v. EVELYN LAMBERT et al.— Motion to dismiss appeal granted, with $10 costs, unless the witness-appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1962, with notice of argument for October 23, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ BORLAN CORPORATION v. ORIENTAL QUILTING & NOVELTY CORP.— Motion to dispense with printing granted only insofar as to dispense with the printing in the record on appeal of the exhibits, on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. In all other respects the motion is denied. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

## (September 20, 1962)

■ ARNOLD SCHILDHAUS v. CITY OF NEW YORK.— Motion for an enlargement of time granted on the terms and conditions contained in the order to show cause, dated August 9, 1962. Motion to dismiss appeal granted, with $10 costs, unless the plaintiff-respondent-appellant, on or before September 26, 1962, pays to defendant-appellant-respondent one half of the cost of printing the record, causes the cross notice of appeal to be inserted in the records on file and files his points as appellant. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ JOSEPH MAHFOOD, Plaintiff, v. CITY OF NEW YORK et al., Defendants. NEW YORK CITY TRANSIT AUTHORITY et al., Third-Party Plaintiffs, v. EMERSON-GARDEN ELECTRIC CO., INC., et al., Third-Party Defendants. EMERSON-GARDEN ELECTRIC CO., INC. et al., Third-Party Plaintiffs-Appellants, v. SY CO CORPORATION, Third-Party Defendant-Respondent.— Order, entered on February 24, 1961, unanimously affirmed, without costs. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ BENJAMIN SILLS et al., Respondents, v. CHARGE-IT SYSTEMS, INC., Defendant, and MORRIS GOTTHILF, Appellant.— Order, entered on March 26, 1962, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ WM. A. WHITE & SONS et al., Appellants, v. WILLIAM E. P. DOELGER, Respondent.— Order, entered on June 26, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ MORRIS GOLDING, Appellant, v. WARNER D. ORVIS et al., Doing Business as ORVIS BROS. & Co., Respondents.— Order, entered on February 6, 1962, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.